

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2016

No. 04-16-00335-CV

**IN THE INTEREST OF A.M.**,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-05876
Honorable Renée Yanta, Judge Presiding

## O R D E R

On August 25, 2016, we abated this appeal for the trial court to make and file findings of fact and conclusions of law. The district court clerk has filed a supplemental clerk's record containing the trial court's findings of fact and conclusions of law. In our August 25, 2016 order, we also struck the appellant's brief for violating Rule 9.9(a)-(c) and notified appellant he would have the opportunity to refile his brief.

We **order** that this appeal is reinstated on the active docket of the court. We further **order** appellant, Adam M., Jr., to re-file his amended brief by October 24, 2016.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court